UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1090 FULTON II LLC, WEST HARLEM UNITS LLC, MM WEST 163 LLC, 141 ML LLC, 2 BEACH 102 LLC, AND MM FISCHER LLC, | Case No. 24-CV-08476-LDH-RML |
| Plaintiffs, | **<u>NOTICE OF APPEARANCE</u>** |
| -against- | |
| SIG CRE 2023 VENTURE LLC, RIALTO CAPITAL ADVISORS, LLC, QUANTUM SERVICING CORPORATION, AND FEDERAL DEPOSIT INSURANCE CORPORATION, IN ITS INDIVIDUAL CAPACITY AND AS RECEIVER FOR SIGNATURE BANK, N.A., | |
| Defendants. | |

TO:     The Clerk of the Court and All Parties of Record

I, Matthew G. Roseman, Esq., am admitted to practice in this Court and I appear in this case as counsel for defendants SIG CRE 2023 Venture LLC, Rialto Capital Advisors, and Quantum Servicing Corp..

Dated: Uniondale, New York
          December 20, 2024

CULLEN AND DYKMAN LLP

By:      */s/ Matthew G. Roseman*
          Matthew G. Roseman
333 Earle Ovington Boulevard, 2nd Fl.
Uniondale, New York 11553
T: (516) 357-3700
mroseman@cullenllp.com

*Attorneys for SIG CRE 2023 Venture LLC, Rialto Capital Advisors, and Quantum Servicing Corp.*